McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
*michael.pintar@mccormickbarstow.com*
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 333-0400
Facsimile: (775) 333-0412
Attorneys for Defendants
Hong Zhao and JRC Transportation, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DALE ROBINSON, an individual, <br><br> Plaintiff, <br><br> *v.* <br><br> HONG ZHAO, an individual; JRC TRANSPORTATION, INC., a foreign Corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, Inclusive, <br><br> Defendants. | Case No. 3:23-cv-00318-LRH-CSD <br><br> **ORDER GRANTING STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff William Dale Robinson and Defendants Hong Zhao and JRC Transportation, by and through their counsel of record, that all claims of the Plaintiff against Defendants be dismissed with prejudice each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

## **AFFIRMATION**

The undersigned hereby affirms that the foregoing document does not contain the social security number of any person.

Case No. 3:23-cv-00318-LRH-CSD

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DATED this 20th day of June, 2024 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/*Micheal A. Pintar*<br>Michael A. Pintar<br>Nevada Bar No. 3789<br>Attorneys for Defendants<br>Hong Zhao and JRC Transportation, Inc. |
| DATED this 20th day of June 2024 | VALIENTE MOTT, LTD |
| | By: /s/*Peter Peterson*<br>Peter Peterson, Esq.<br>Nevada Bar No. 14256<br>Attorneys for Plaintiff<br>William Dale Robinson |

ORDER

Pursuant to the Stipulation between the parties, IT IS SO ORDERED that the above-entitled matter is dismissed with prejudice with each of the parties bearing their own costs and attorneys' fees.

IT IS SO ORDERED

DATED: June 20, 2024

_____
UNITED STATES DISTRICT COURT JUDGE